UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SAMUEL ENCARNACION,

      Petitioner,

-against-

THE SUPERINTENDENT OF FIVE POINTS C.F.,

      Respondent.

---

1:21-CV-7584 (LTS)

ORDER

LAURA TAYLOR SWAIN, Chief United States District Judge:

  By order dated September 27, 2021, the Court directed Petitioner, who appears *pro se* and is currently incarcerated, within 60 days, to show cause by declaration why the Court should not deny his petition for a writ of *habeas corpus*, brought under 28 U.S.C. § 2254, as time barred. On October 18, 2021, the Court received a letter from Petitioner in which he requests an extension of time, until December 27, 2021, to comply with the Court's September 27, 2021 order. (ECF 5.) The Court grants Petitioner's request for an extension of time. Petitioner must comply with the Court's September 27, 2021 order by December 27, 2021.

  If Petitioner fails to comply by the extended deadline, the Court will deny the petition as time barred.

  The Court directs the Clerk of Court to mail a copy of this order to Petitioner and note service on the docket.

SO ORDERED.

Dated: October 21, 2021
    New York, New York

                /s/ Laura Taylor Swain
                LAURA TAYLOR SWAIN
              Chief United States District Judge