UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 03/30/2022
```

Samuel Encarnacion,

                         Petitioner,

-against-

The Superintendent of Five Points C.F.,

                         Respondent.

1:21-cv-07584 (ER) (SDA)

ORDER

**STEWART D. AARON, United States Magistrate Judge:**

No later than April 29, 2022, *pro se* Petitioner shall file his opposition to Respondent's motion to dismiss filed at ECF No. 16. No later than May 18, 2022, Respondent shall file any reply.

The Clerk of Court is respectfully directed to mail a copy of this Order to *pro se* Petitioner.

**SO ORDERED.**

Dated:     New York, New York
            March 30, 2022

_____
STEWART D. AARON
United States Magistrate Judge