UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SAMUEL ENCARNACION,

                    Petitioner,

        –against–                                    **ORDER**

SUPERINTENDENT OF COLLINS, C.F.,                     21-cv-7584 (ER)

                    Respondent.

RAMOS, D.J.:

        The Superintendent of Collins, C.F. is directed to respond by August 16, 2023.

        It is SO ORDERED.

Dated:  July 26, 2023
        New York, New York

                                        _____

                                            Edgardo Ramos, U.S.D.J.