**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
SAMUEL ENCARNACION,

                            Petitioner,                    21 **CIVIL** 7584 (ER)

        -against-                                **JUDGMENT**

THE SUPERINTENDENT OF COLLINS
C.F.,

                            Respondent.
-------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Opinion and Order dated December 16, 2025, the Court adopts the R&R, and the Petition is DENIED. As Encarnacion has not made a substantial showing of a denial of a constitutional right, a certificate of appealability will not issue. See 28 U.S.C. § 2253(c); Matthews v. United States, 682 F.3d 180, 185 (2d Cir. 2012). The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from this order would not be taken in good faith, and therefore in forma pauperis status is denied for the purpose of an appeal. See Coppedge v. United States, 369 U.S. 438, 44445 (1962); accordingly, the case is closed.

**DATED:**  New York, New York
              December 17, 2025

                                          **TAMMI M. HELLWIG**
                                    _____
                                        **Clerk of Court**

              **BY:**                   
                              _____
                                    **Deputy Clerk**